UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>MYI INTERNATIONAL, LLC d/b/a FLORIDA YACHTS INTERNATIONAL,<br><br>    Defendant/Counter-Plaintiff/Third Party Plaintiff,<br><br>v.<br><br>WORLDWIDE INSURANCE GROUP, INC.,<br><br>    Third Party Defendant. | CASE NO. 1:18-cv-22411-CMA |

**MOTION TO CONTINUE HEARING SET FOR SEPTEMBER 18, 2018**

Comes Now the Plaintiff, Atlantic Specialty Insurance Company ("ASIC"), by and through its undersigned attorney, and herein moves this Court for the entry of its order continuing the hearing on ASIC's Motion to Dismiss Defendant/Counter-Plaintiff MYI International LLC's ("MYI") Counterclaim and, as grounds therefore, would submit as follows:

1.     This matter arises from an allision between the M/Y BLUEOCEAN AND M/Y NIRVANA which occurred on February 15, 2017 as the M/Y BLUEOCEAN was departing from its slip at or near 2550 Bayshore Drive, Miami, FL 33133.  Suit has been filed by the insurers of the M/Y NIRVANA in a matter entitled *National Union Fire Insurance Company of Pittsburgh PA v. M/Y BLUE OCEAN, et al*, Case No.: 18-cv-22277-UU ("the Liability Action.')

2. Prior to the filing of the Liability Action, ASIC had filed this Declaratory Relief action.

3. On Friday afternoon, the parties to the Liability Action reached a settlement in principle. Part of that settlement includes a resolution of all matters in dispute between ASIC and MYI. The dispute between MYI and Worldwide Insurance Group has not been resolved.

4. The underlying settlements are complicated and require two distinct settlement agreements. On Sunday, the undersigned prepared a first draft of an agreement and provided the same to attorney for MYI.

5. The agreements cannot be finalized prior to the hearing currently set for Tuesday, September 18 at 8:30 am. In addition to the complicated terms of this settlement, the undersigned is serving as an arbitrator for a proceeding beginning Monday in a matter entitled *Pinmar USA v. Dania Cut Superyacht Repair, Inc.*. The arbitration will continue Tuesday and Thursday but has been scheduled such that the undersigned is able to attend the scheduled hearing herein, if necessary, however, there is insufficient additional time to finalize the terms for the two settlement agreements, one of which involves parties not before this Court, before Tuesday.

6. Upon execution of the two agreements it is the intent of ASIC and MYI to file a stipulation for dismissal pursuant to FRCP 41(a)(1)(ii). Additionally, should MYI not be able to resolve their differences with Worldwide Insurance Group, the undersigned has been advised that MYI intends to seek a dismissal of its Third Party claim under either FRCP 41(a)(1)(ii) or 41(a)(2).

7. ASIC would request fifteen (15) days to either submit the dismissal paperwork specified in Paragraph 6 above or advise the Court that settlement could not be finalized and that this matter is to proceed.

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

CASE NO. 1:18-cv-22411-CMA

Wherefore, the above premises considered, Atlantic Specialty requests that this Court enter an Order (1) continuing the hearing on ASIC's Motion to Dismiss, currently set for September 18, 2018 at 8:30 am and (2) requiring that Rule 41 stipulations be filed on or before October 2, 2018 or that the Court be advised by said date that the matter did not settle and would be required to proceed.

/s/ James N. Hurley
James N. Hurley
Fla. Bar No. 354104
Email: jhurley@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201

CASE NO. 1:18-cv-22411-CMA

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ James N. Hurley
James N. Hurley

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

CASE NO. 1:18-cv-22411-CMA

- 5 -

## SERVICE LIST

CASE NO. 1:18-cv-22411-CMA

Brett R. Bloch, Esquire
Shendell & Pollock, P.L.
2700 North Military Trail, Suite 150
Boca Raton, FL 33431
E-Mail: brett@shendellpollock.com;
britt@shendellpollock.com
Telephone: (561) 241-2323
Facsimile: (561) 241-2330
Attorney for Worldwide Insurance Group, Inc.

Karen B. Parker, Esquire
Karen B. Parker, P.A.
2550 S. Bayshore Drive, Suite 102
Coconut Grove, FL 33133
E-Mail: kparker@kbparkerlaw.com
Telephone: (305) 343-8339
Attorney for General Counsel for Florida Yachts International